# Court of Appeals
## Tenth Appellate District of Texas

10-25-00275-CR

In re Willie Otis Harris

Original Proceeding

PER CURIAM opinion of the Court.

## MEMORANDUM OPINION

The petition for writ of mandamus filed on August 18, 2025, by Relator

Willie Otis Harris, is DENIED.

PER CURIAM

OPINION DELIVERED and FILED: August 21, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Petition denied
Do not publish
OT06

